# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| In Re: | Case No. 19-80649-JJG-13 |
| Paula Rose Hussion | Chapter 13 |
| Debtor. | Judge Jeffrey J. Graham |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Franklin Credit Management Corporation as Servicer for Quarry Mortgage Trust I, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I certify that on November 21, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    John E. Himes, Debtor's Counsel
    himeslawoffice@aol.com

    Donald L. Decker, Trustee
    ecfmail@decker13trustee.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on November 21, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Paula Rose Hussion, Debtor
    7861 Mason Street
    Dugger, IN 47848

                                      /s/ Molly Slutsky Simons
                                      Molly Slutsky Simons (OH 0083702)
                                      Attorney for Creditor